# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edna C. Alabat,<br><br>    Plaintiff,<br><br>    v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>    Defendant. | Case No.  2:23-cv-05000-MAA<br><br>|~~PROPOSED~~| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($5,200.00) as authorized by 28 U.S.C. § 2412 and costs in the amount of FOUR HUNDRED AND TWO DOLLARS AND 00/100 ($402.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

   IT IS SO ORDERED.

DATE: July 11, 2024

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE